David T. Blake, Esq. (#11059)
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
dtblake@ww.law

Attorneys for Defendant
CITIMORTGAGE, INC.

## UNITED STATES DISTRICT COURT

## DISTRITCT OF NEVADA

| | |
|---|---|
| POS INVESTMENTS, LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CLEAR RECON CORP., a California corporation; CITIMORTGAGE, INC., a Delaware corporation; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　Defendants. | CASE NO.:　2:22-CV-02144-RFB-BNW<br><br>(Removed from 8th Judicial District, State of Nevada Case No.: A-22-861975-C)<br><br>**STIPULATION TO EXTEND DEADLINES** |

Plaintiff, POS INVESTMENTS, LLC, a Nevada limited liability company, and Defendant, CITIMORTGAGE, INC. a Delaware corporation, by and through their respective counsels of record, hereby agree and stipulate as following:

IT IS HEREBY STIPULATED AND AGREED that:

1. The deadline for Defendant Citimortgage, Inc. to file an affidavit or declaration consistent with the Court's order set forth in the March 10, 2023 Minute Order (ECF No. 16) shall be extended to April 17, 2023.

1

4517545.1

2. The deadline for Plaintiff POS Investments, LLC to file an Amended Complaint and renewed request for temporary restraining order or preliminary injunction is extended to April ~~31~~ 30, 2023.

3. The parties are actively engaged in settlement discussions and agree to extend the deadline for the revised discovery plan and joint scheduling order to April 24, 2023 to allow the parties time to determine whether resolution of this dispute is possible prior to commencement of active discovery.

4. All other dates, deadlines, or other obligations set forth in the Court's Minute order, ECF No. 16, remain unchanged.

The parties have entered into the agreement in good faith and not for any improper purpose or delay.  This is the parties first request for an extension of these deadlines.

| | |
|---|---|
| DATED: March 23, 2023 ___<br>HONG & HONG LAW OFFICE | DATED:  March 23, 2023<br>WOLFE & WYMAN LLP |
| By: */s/ Joseph Y. Hong*<br>   JOSEPH Y HONG, ESQ.<br>   Nevada State Bar No. 005995<br>   1980 Festival Plaza Drive, Suite 650<br>   Las Vegas, NV  89135<br>   *Attorneys for Plaintiff* | By: */s/ David T. Blake*<br>   DAVID T. BLAKE, ESQ.<br>   Nevada State Bar No. 11059<br>   6757 Spencer Street<br>   Las Vegas, NV  89119<br>   *Attorneys for Defendant*<br>   *CITIMORTGAGE, INC*. |

**ORDER**

**IT IS SO ORDERED.**



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   24th day of March, 2023.

2

4517545.1