**DAVID T. BLAKE, ESQ.**
Nevada Bar No. 11059
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (949) 475-9203
dtblake@ww.law
**Attorneys for Defendant**
**CITIMORTGAGE, INC.**

## UNITED STATES DISTRICT COURT

## DISTRITCT OF NEVADA

| | |
|---|---|
| POS INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br><br>CLEAR RECON CORP., a California corporation; CITIMORTGAGE, INC., a Delaware corporation; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.:   2:22-CV-02144-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND MOTION DEADLINES** |

IT IS HEREBY STIPULATED between Defendant, CITIMORTGAGE, INC., by and through its attorneys of record, WOLFE & WYMAN LLP, and Plaintiff, POS INVESTMENTS, LLC, by and through its attorneys of record, HONG & HONG LAW OFFICE, that the motion deadlines be extended as follows:

| MOTION | OLD DEADLINE | NEW DEADLINE |
|---|---|---|
| POS Investments, LLC's Motion for Preliminary Injunction [DOC 31] | Reply to Opposition due July 12, 2023 | July 28, 2023 |
| CitiMortgage, Inc.'s Motion to Dismiss and Expunge Lis Pendens [DOC 33] | Opposition due July 14, 2023 | July 28, 2023 |
| CitiMortgage, Inc.'s Motion to Dismiss and Expunge Lis Pendens [DOC 33] | Reply to Opposition due July 21, 2023 | August 11, 2023 |

**SIGNATURES ON THE FOLLOWING PAGE**

1

4620603.1

DATED: July 12, 2023

**HONG & HONG LAW OFFICE**

By: /s/ *JOSEPH Y. HONG*
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV  89135
Attorneys for Plaintiff

**IT IS SO ORDERED.**

DATED: July 12, 2023

**WOLFE & WYMAN LLP**

By: /s/ *DAVID T. BLAKE*
DAVID T. BLAKE, ESQ.
Nevada Bar No. 11059
6757 Spencer Street
Las Vegas, NV  89119
Attorneys for Defendant
**CITIMORTGAGE, INC.**

**ORDER**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 13th day of July, 2023.

2

4620603.1