1  JOSEPH Y. HONG, ESQ.
   Nevada Bar No. 5995
2  **HONG & HONG LAW OFFICE**
   1980 Festival Plaza Dr., Suite 650
3  Las Vegas, NV 89135
   Ph:  (702) 870-1777
4  Fax: (702) 870-0500
   E-mail: yosuphonglaw@gmail.com
5  *Attorney for POS Investment LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| POS INVESTMENTS, LLC, a Nevada limited liability company.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CLEAR RECON CORP., a California corporation; CITIMORTGAGE, INC., a Delaware corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive,<br><br>　　　　　Defendants. | Case No.:  2:22-cv-02144-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES AND TO STAY DISCOVERY**<br><br>**(FIRST REQUEST)** |
|---|---|

　　　Plaintiff, POS Investments, LLC. ("POS") and Defendant, Citimortgage, Inc. ("Citi"), by and through their respective counsel of record, hereby stipulate and agree to extend the close of discovery by ninety  (90) days and to stay discovery pending the resolution of Citi's motion to dismiss [ECF 33].

　　　The parties request an extension of discovery for 90 days and to the stay of this extended discovery period until the Court issues its decision on the pending motion to dismiss [ECF 33] to avoid incurring additional fees and costs for continued litigation while waiting for the court to issue its decision on the pending motion to dismiss [ECF 33] that could be dispositive of the case.

…

…

…

…

1

1682159V.1

1    The parties agree that the foregoing proposed extension and stay are not being requested in bad faith or to delay these proceedings unnecessarily. This is the first stipulation for extension and the first stipulation to stay.

DATED this 14th day of November, 2023.

**HONG & HONG LAW OFFICE**

*/s/ Joseph Y. Hong*
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5092
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV  89135
*Attorneys for Plaintiff*
*POS Investments, LLC*

DATED this 14th day of November, 2023.

**WOLFE & WYMAN LLP**

*/s/ David T. Blake*
DAVID T. BLAKE, ESQ.
Nevada Bar No. 11059
6757 Spencer Street
Las Vegas, Nevada  89119
*Attorneys for Defendant*
*Citimortgage, Inc.*

## ORDER

**IT IS SO ORDERED.**

Dated this 15TH day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

2

1682159V.1